IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GRISELDA DE HOYOS,            § | |
|     Petitioner,              § | |
|                              § | |
| VS.                          § | CIVIL ACTION NO.4:04-CV-898-Y |
|                              § | |
| GINNY VAN BUREN, Warden,     § | |
| FMC-Carswell,                § | |
|     Respondent.              § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Griselda De Hoyos, along with the March 25, 2005, findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until April 15 to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on March 25, 2005. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of  the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that petitioner Griselda De Hoyos's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be, and is hereby, DENIED.

SIGNED April 26, 2005.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

2