IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GRISELDA DE HOYOS, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:04-CV-898-Y |
| | § | |
| GINNY VAN BUREN, Warden, | § | |
| FMC-Carswell, | § | |
|     Respondent. | § | |

### FINAL JUDGMENT

Pursuant to an Order issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Writ of Habeas Corpus be, and is hereby, DENIED.

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED April 26, 2005.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE